UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CONCEPTIONS REPRODUCTIVE ASSOCIATES, INC. d/b/a CONCEPTIONS REPRODUCTIVE ASSOCIATES OF COLORADO,<br><br>    Defendant. | Case No. 1:25-cv-00009-CYC |

## MOTION TO RESTRICT

Plaintiff Jane Doe ("Plaintiff") respectfully moves this Court for an Order restricting Exhibit A to the Complaint (ECF No. 1-1), pursuant to D.C. Colo. LCivR 7.2. In support thereof, Plaintiff respectfully submits as follows:

On January 3, 2025, Plaintiff filed her Class Action Complaint against Defendant Conceptions Reproductive Associates, Inc. d/b/a Conceptions Reproductive Associates of Colorado ("Defendant" or "CRA") for its failure to secure and safeguard Plaintiff's and other similarly situated individuals' personally identifiable information ("PII") and protected health information ("PHI") (collectively, "Private Information") against a ransomware attack by a foreign hacker group in or about April 2024 (the "Data Breach"). *See* Compl. ¶ 3, ECF No. 1.

Defendant is a medical provider that offers fertility care and services to families that are trying to get pregnant. *Id.* ¶ 2. Plaintiff is a former patient of CRA who received fertility treatment and related medical services from CRA, and for which she provided her PII/PHI to CRA. *Id.* ¶ 76. The reproductive health care that Plaintiff received from CRA is personal and

private in nature, and is protected under the 2024 HIPAA Privacy Rule to Support Reproductive Health Care Privacy.[1]

According to its Notice Letter, Plaintiff's Private Information was unlawfully exposed and acquired by cybercriminals in the Data Breach, Compl. ¶¶ 3, 30, which Defendant was required to protect and safeguard from unauthorized access or disclosure in accordance with government regulations and state laws, including HIPAA and FTC rules and regulations. *See generally* Compl. Due to the highly personal nature of the services she received from Defendant, and the breadth of the protected data Defendant maintains on its computer system (including but not limited to full medical history, ovulation data, treatment plans, and so on), Plaintiff requested that her identity in this matter be obscured as a "Jane Doe" plaintiff.

Inadvertently, Plaintiff filed a copy of the Notice Letter she received from Defendant as Exhibit A to the Complaint (ECF No. 1-1), but the failed exhibit was not fully redacted. Specifically, a portion of her personal identification information is visible as a mirror image on page 2. Due to the specific fertility services that CRA provides to its patients, Plaintiff does not want to publicly disclose her identity and address as it will further violate Plaintiff's right to privacy under HIPAA. Protecting Plaintiff's privacy regarding her personal reproductive health care outweighs the presumption of public access. There is no public interest in requiring Plaintiff to reveal her identity in this case and the public will have access to all proceedings in this case.

In order to protect Plaintiff's identity in relation to the private reproductive health care she received from Defendant from further public disclosure and preserve Plaintiff's right to privacy under HIPAA, Plaintiff respectfully requests that the Court restrict Exhibit A to the

---

[1] *See* Dep't of Health and Human Servs., *HIPAA Privacy Rule To Support Reproductive Health Care Privacy*, 89 Fed. Reg. 32976 (Apr. 26, 2024), https://www.federalregister.gov/documents/2024/04/26/2024-08503/hipaa-privacy-rule-to-support-reproductive-health-care-privacy.

2

Complaint (ECF No. 1-1) under Level 2 restriction, limiting access to the original, erroneous filing to this party and the Court. To supplement ECF No. 1-1, Plaintiff's corrected Exhibit A to the Complaint, which redacts her name and address on page 2 and makes no other changes, has been attached to this filing for public access.

Dated: January 21, 2025                              Respectfully Submitted,

                                                     */s/ Gary E. Mason*
                                                     Gary E. Mason
                                                     Danielle L. Perry
                                                     Lisa A. White
                                                     **MASON LLP**
                                                     5335 Wisconsin Avenue NW, Suite 640
                                                     Washington, DC 20015
                                                     Tel: (202) 429-2290
                                                     Email: gmason@masonllp.com
                                                     Email: dperry@masonllp.com
                                                     Email: lwhite@masonllp.com

                                                     *Counsel for Plaintiff*

## RULE 7.1 CERTIFICE OF CONFERENCE

Pursuant to D.C. Colo. LCivR7.1, Plaintiff's counsel are aware of her Duty to Confer with opposing counsel. However, the summons and complaint have yet to be served on the Defendant, and no counsel has appeared or reached out to Plaintiff on behalf of Defendant. Once counsel has appeared, Plaintiff will make a good faith effort to confer with Defendant to resolve any potential dispute related to this Motion.

                                                     */s/ Gary E. Mason*
                                                     Gary E. Mason

3

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of January, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants:

Conceptions Reproductive Associates, Inc.
d/b/a Conceptions Reproductive Associates of Colorado
c/o CT Corporation (Registered Agent)
7700 E. Arapahoe Road, Suite 220
Centennial, CO 80112-1268

*/s/ Gary E. Mason*
Gary E. Mason