IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00009-CYC

JANE DOE, individually and on behalf of all others similarly situated,

 Plaintiff,

v.

CONCEPTIONS REPRODUCTIVE ASSOCIATES, INC., d/b/a Conceptions Reproductive Associates of Colorado,

 Defendant.

___

## MINUTE ORDER
___

**Entered by Cyrus Y. Chung, United States Magistrate Judge, on January 28, 2025.**

 This matter comes before the Court upon ECF No. 10, Plaintiff's Motion to Restrict Confidential Documents within ECF No. 1.

 For good cause shown, and without waiting for a response from Defendant, who has not yet appeared in this action, *see* D.C.COLO.LCivR 7.1(d), IT IS HEREBY ORDERED that the Motion to Restrict, ECF No. 10, is **GRANTED**.

 The Clerk is hereby directed to maintain Exhibit A to the Complaint, within ECF No. 1 (ECF No. 1-1), at Restriction Level 2 pursuant to D.C.COLO.L.CivR 7.2, limiting access thereto to Plaintiff and the Court.